UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| PAULA AURIEMMA,<br>        Plaintiff, | : <br> : <br> : <br> : | **NOTICE OF REMOVAL** |
| V. | : <br> : | **REMOVED FROM:** JUDICIAL<br>DISTRICT OF FAIRFIELD AT |
| THE HOME DEPOT U.S.A., INC.,<br>        Defendant | : <br> : <br> : | STAMFORD |

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant, Home Depot U.S.A., Inc., improperly identified as "The Home Depot U.S.A., Inc." ("Home Depot"), by and through its undersigned counsel, hereby files its Notice of Removal of the action currently pending in the Judicial District Fairfield at Stamford, State of Connecticut, as Docket No. FST-CV26-6079996-S ("the "Action") to the United States District Court for the District of Connecticut. Home Depot appears for the purpose of removal only and for no other purpose, expressly reserves all defenses and rights available to it, and states as follows:

1. On or around March 31, 2026, the Plaintiff Paula Auriemma ("Plaintiff") filed the Action in the Judicial District Fairfield at Stamford, State of Connecticut, as Docket No. FST-CV26-6079996-S.

2. The Complaint alleges that the Plaintiff was shopping at Home Depot's Stamford, CT location on or around March 2, 2024, when she tripped and fell while walking in an area designated for customer use, due to a metal beam affixed to the floor, which was used to secure and align shopping carts.

3.      As a result of the incident, Plaintiff claims to have "incurred injuries of a serious, painful and permanent in nature, sustained severe physical injuries along with significant mental and emotional trauma."

4.      Plaintiff alleges to have suffered  psychological distress and emotional trauma, in addition to the following personal injuries:  abrasions / lacerations to both legs; posttraumatic headaches; bilateral leg pain; bruising to right knee area; right shoulder pain; and muscle tenderness.

5.      Plaintiff is claiming damages of more than $75,000.

6.      On or around March 3, 2025, the Plaintiff served Home Depot with the Summons and Complaint in the Action by and through its Agent for Service of Process.

7.      Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders as served upon Home Depot which includes the Summons as Exhibit A, the Complaint as Exhibit B, and Return of Service as Exhibit C.

8.      Plaintiff is a resident of Stamford, CT.

9.      Home Depot is a foreign corporation, organized under the laws of the State of Delaware, with a principal place of business in Atlanta, Georgia.

10.      Pursuant to 28 U.S.C. § 1332, this Court has original jurisdiction over the Action, which is removable to this Court pursuant to the provisions of 28 U.S.C. § 1441, et seq., because the amount in controversy exceeds $75,000, exclusive of interests and costs, and there is complete diversity between the Plaintiff, a resident of Connecticut, and Home Depot, a resident of Georgia.

11.      Pursuant to 28 U.S.C. § 1446(d), Home Depot will promptly file a copy of this Notice of Removal with the Clerk of the Judicial District of Hartford, State of Connecticut, and will serve a copy of same on counsel for Plaintiff and all other counselors of record.

12.    WHEREFORE, Defendant, Home Depot U.S.A., Inc., respectfully removes the Action now pending in Judicial District Fairfield at Stamford, State of Connecticut, as Docket No. FST-CV26-6079996-S to the United States District Court for the District of Connecticut.

RESPECTFULLY SUBMITTED BY:

**THE DEFENDANT,**
**HOME DEPOT U.S.A., INC.,**
**Improperly identified as "THE HOME DEPOT**
**U.S.A., INC.,"**
**By its attorneys:**

*/s/ Caroline B. Lapish*

Caroline B. Lapish, Esq. CT 302328
Kiernan Trebach, LLP
40 Court Street, 3rd Floor
Boston, MA 02108
clapish@kiernantrebach.com
(617) 426-3900

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served via email on all counsel of record on April 2, 2026:

James Welcome, Esq.
Welcome Law Firm
80 Central Ave
Waterbury, CT 06702
contact@welcomelawfirm.com

*/s/ Caroline B. Lapish*

Caroline B. Lapish